UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 23216
  DOROTHY M PATTERSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

      Debtor
  SSN XXX-XX-7217

--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 12/11/2007 and was confirmed 04/10/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 11/13/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITI RESIDENTIAL LENDING | CURRENT MORTG | .00 | .00 | .00 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | .00 | .00 | .00 |
| WELLS FARGO AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| RMI/MCSI | UNSECURED | 250.00 | .00 | .00 |
| VILLAGE OF PARK FOREST | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF PARK FOREST | UNSECURED | NOT FILED | .00 | .00 |
| CITI RESIDENTIAL LENDING | NOTICE ONLY | NOT FILED | .00 | .00 |
| ERNESTO D BORGES JR | DEBTOR ATTY | 2,500.00 | | 1,518.00 |
| TOM VAUGHN | TRUSTEE | | | 132.00 |
| DEBTOR REFUND | REFUND | | | .00 |

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 1,650.00 | |
|  |  |  |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 1,518.00 |
| TRUSTEE COMPENSATION | | 132.00 |
| DEBTOR REFUND | | .00 |
|  | --------------- | --------------- |
| TOTALS | 1,650.00 | 1,650.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/24/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE